1 Jared T. Walker (SB#269029)
2020 Capitol Avenue
2 Suite 7
Sacramento, CA 95811
3 T: (916) 476-5044
F: (916) 476-5064
4 jared@saclawoffices.com

5 Attorney for Plaintiff,
CLAYTON SMITHLINE
6

7 IN THE UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9 CLAYTON SMITHLINE,    Case No.: 2:16-cv-01104-CMK

10      Plaintiff,

STIPULATION AND ORDER FOR FIRST
11   v.   45 DAY EXTENSION FOR PLAINTIFF TO
FILE OPENING BRIEF
12 CAROLYN W. COLVIN,
Commissioner of Social Security,
13
     Defendant.
14

15

16      IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended forty-five

18 (45) days until January 19, 2017.  This is Plaintiff's first request for an extension of time.  Despite

19 due diligence, Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance

20 with the current scheduling order due to counsel's current workload which has involved conflicting

21 deadlines in unrelated matters.  In this instance, counsel requests a longer extension than the typical

22 thirty days because counsel expects to begin a jury trial on January 3, 2017 in San Joaquin county

23 and will be unable to meet an earlier filing deadline in this case.

24 ///

25 ///

26 ///

27 ///

28 ///

| | |
|---|---|
| Dated: December 5, 2016 | Respectfully submitted, |
| | /s/ *Jared T. Walker* |
| | Jared T. Walker, |
| | Attorney for Plaintiff |

SO STIPULATED:

                                      PHILLIP A. TALBERT
                                      United States Attorney

Dated: December 5, 2016        By:    /s/ *Sharon Lahey\**
                                        (*authorized by e-mail on 12/5/2016*)
                                        Sharon Lahey
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  December 9, 2016

                                      CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE