1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   CLAYTON SMITHLINE
6

7                    IN THE UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9  CLAYTON SMITHLINE,                    Case No.: 2:16-cv-01104-CMK

10         Plaintiff,

11         v.                            STIPULATION FOR FINAL 10 DAY
                                         EXTENSION FOR PLAINTIFF TO FILE
12 CAROLYN W. COLVIN,                    OPENING BRIEF
   Commissioner of Social Security,
13
           Defendant.
14

15

16         IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended ten (10)

18 days until January 30, 2017.  This will be Plaintiff's final request for an extension of time.

19 Plaintiff's counsel has been unable to prepare Plaintiff's opening brief to date due to counsel's

20 handling of an ongoing jury trial in San Joaquin County Superior Court which began on January 3,

21 2017.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| Dated: January 19, 2017 | | Respectfully submitted, |
| | | /s/ *Jared T. Walker* |
| | | Jared T. Walker, |
| | | Attorney for Plaintiff |

SO STIPULATED:

                                            PHILLIP A. TALBERT
                                            United States Attorney

Dated: January 19, 2017                By:    /s/ *Sharon Lahey**
                                            (*authorized by e-mail on 1/19/2017*)
                                            Sharon Lahey
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  January 20, 2017

*[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF